UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD C. TRAHANT, *et al.* | CIVIL ACTION |
| VERSUS | NO. 23-2053 |
| MARK A. MINTZ, *et al.* | SECTION M (2) |

## ORDER & REASONS

Before the Court is the motion of plaintiffs Richard and Amy Trahant for disqualification of the undersigned.[1] Defendants Mark A. Mintz, Jones Walker, LLP, and Donlin Recano & Company, Inc. respond in opposition.[2] Having considered the parties' memoranda, the record, and the applicable law, the Court denies the motion for the reasons set out in the Court's Order & Reasons issued today in *In re Roman Catholic Church of the Archdiocese of New Orleans*, Civil Action No. 24-1873, R. Doc. 11, a copy of which is attached. Accordingly,

IT IS ORDERED that plaintiffs' motion to disqualify the undersigned (R. Doc. 22) is DENIED.

New Orleans, Louisiana, this 7th day of October, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 22.
[2] R. Doc. 25.